**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**DAVID WAYNE TROTTER, JR.**                                                    **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 3:05CV789WA**

**JERRY GRANT and ABC PLUMBING AND**
**HEATING AND AIR CONDITIONING**                                   **DEFENDANTS**

## ORDER

  This matter came before the court on the Defendants' Motion to Quash Subpoenas and the Plaintiff's Second Motion for Extension of Time to Complete Discovery and to Amend Scheduling Order.  The court earlier extended the discovery and motion deadlines to February 14, 2007, and March 1, 2007, respectively.  The Plaintiff has requested that the discovery deadline be moved to March 1, 2007, and the motion deadline to March 16, 2007, and the Defendants have informed the court that they will withdraw their Motion to Quash and their objection to the Motion for Extension if the court grants that request.

  The pretrial conference is set for May 29, 2007, so the court has little flexibility in extending the motion deadline without compromising the trial date.  Had the request for an extension been sought earlier, the court could have given the Plaintiff more time to conduct the depositions that he believes are necessary.  In light of the current situation, however, the court can grant only a short extension of both deadlines.

  IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Extension of Time to Complete Discovery and to Amend Scheduling Order is hereby **granted**, as follows:

  1.  The deadline for completing discovery is March 9, 2007.

2.      The deadline for filing motions is March 16, 2007.  Motions that reference deposition testimony may be later supplemented with transcripts of that testimony.

IT IS FURTHER ORDERED that the Defendants' Motion to Quash Subpoenas is hereby found to be moot.

IT IS SO ORDERED, this the 2nd day of March, 2007.


                                        S/Linda R. Anderson
                              UNITED STATES MAGISTRATE JUDGE