IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DAVID WAYNE TROTTER, JR.**                                                               **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO. 3:05-CV-789-HTW-JCS**

**JERRY GRANT AND ABC PLUMBING**
**AND HEATING AND AIR CONDITIONING**                            **DEFENDANTS**

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS DAY this cause came on to be heard on the *Ore Tenus* Motion of the parties for the entry of a final judgment dismissing the case, the Complaint and Counterclaims filed herein, all amendments thereto, if any, and all claims and causes of action that were or that could have been but were not asserted, with prejudice, and the Court, being fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this action, the Complaint and Counterclaims filed herein, all amendments thereto, if any, and all claims and causes of action that were or that could have been but were not asserted herein be and the same are hereby dismissed with prejudice and with the parties to bear their own costs of court.

SO ORDERED AND ADJUDGED, this the 27th day of July, 2008.

                                                    s/ HENRY T. WINGATE
                                                    CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

/s/William Waller, Sr.,
Attorney for Plaintiff

/s/James A. Bobo
Attorney for Defendants